UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOMMY T. BUSH,

        Plaintiff,

    v.                                               Case No. 21-C-0293

MILWAUKEE COUNTY HOUSE OF
CORRECTIONS, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOMMY T. BUSH,

        Plaintiff,

    v.                                               Case No. 21-C-0294

JALISCO RESTAURANT, et al.,

        Defendants.

## ORDER

Tommy T. Bush, Jr. has filed two complaints along with a motion to proceed without prepayment of the filing fee (*in forma pauperis*) in each case. It appears from Bush's motion to proceed *in forma pauperis* that he is, in fact, indigent and, thus, would be entitled to proceed without prepayment of the filing fee. However, both complaints will be dismissed because they fail to state a claim or provide the essential notice to the proposed defendants regarding what they are alleged to have done that would entitle Bush to relief. *See* Rule 8 of the Federal Rules of Civil Procedure. Bush has merely attached a collection of grievances and other documents to each of the complaints, totaling more than one hundred pages in the first complaint and over eighty in the

second. The Court has neither the obligation nor the time to review all of Bush's exhibits and attempt to assemble therefrom a potential claim to assert against one or more of the multiple defendants he has named. For assistance in filing a proper complaint, Bush is directed to the Court's website at www.wied.uscourts.gov and encouraged to view the guides and forms for pro se litigants under the heading "Representing Yourself" to assist him in this process.

The Court will allow 30 days within which Bush may amend his complaint in order to state a claim upon which relief can be granted. If he fails to do so within that time both actions will be dismissed.

Dated at Green Bay, Wisconsin this 10th day of March, 2021.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge